UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAYA C. CARON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VIRGINIA HEROLD, ET AL.<br><br>　　　　　　Defendant(s). | Case No. EDCV 18-1301-R-KK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: September 19, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE MANUEL L. REAL
United States District Judge