JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAYA C. CARON, | Case No. EDCV 18-1301-R-KK |
| Plaintiff, | |
| v. | JUDGMENT |
| VIRGINIA HEROLD, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's Complaint is dismissed without prejudice.

Dated: September 19, 2018

HONORABLE MANUEL L. REAL
United States District Judge